**Motion Granted, Appeal Dismissed, and Memorandum Opinion filed May 10, 2022.**



**In The**

# Fourteenth Court of Appeals

---

## NO. 14-21-00689-CV

---

### SUNIVERSE, LLC, AS TRUSTEE FOR THE AFRA FAMILY TRUST, Appellant

### V.

### NATIONSTAR MORTGAGE LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., Appellees

---

**On Appeal from the 268th District Court
Fort Bend County, Texas
Trial Court Cause No. 17-DCV-242974**

---

### MEMORANDUM OPINION

This is an appeal from a final judgment signed October 27, 2021. On March 14, 2022, appellant filed a unopposed motion to dismiss the appeal pursuant to Texas Rule of Appellate Procedure 42.1(a)(1), as it does not wish to consider prosecuting the appeal. The motion is granted, and the appeal is dismissed.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Jewell.